UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ZOLOFT (SERTRALINE HYDROCHLORIDE) PRODUCTS LIABILITY LITIGATION | MDL NO. 2342 <br><br> 12-MD-2342 <br><br> HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO: <br><br> *All Actions Listed in Appendix A* | |

### STIPULATION OF DISMISSAL

TO THE CLERK OF THE COURT:

The plaintiffs listed in Appendix A (collectively "Plaintiffs") and Pfizer Inc.[1] ("Defendant") hereby stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure for the United States District Courts, that the actions be dismissed, without prejudice and without costs or fees to any party, subject to Plaintiffs' agreement to the following conditions:

(1) Any re-filing of any claims against the Defendant will be in federal court only and only in the form of a single plaintiff-family Complaint.

(2) Plaintiffs will not oppose transfer of any re-filed action to any MDL involving similar Zoloft claims for pre-trial proceedings.

(3) In any re-filed action, the Plaintiffs shall attach as an exhibit to the Complaint a Rule 26 expert report supporting their claim that the mother's use of Zoloft during pregnancy caused or contributed to cause the minor plaintiff's injury.

---

[1] Defendants J.B. Roerig & Co., Pfizer International LLC, Greenstone LLC, Wyeth Pharmaceuticals Inc., McKesson Corporation, Mylan Inc., Mylan Pharmaceuticals Inc., Wolters Kluwer Health, Inc. and Wolters Kluwer United States, Inc. join the parties in all applicable actions.

1

DATED: June 27, 2015

*/s/ Mark P. Robinson, Jr.*
Mark P. Robinson, Jr.
Robinson Calcagnie Robinson Shapiro Davis, Inc.
19 Corporate Plaza Drive
Newport Beach, CA 92660
Telephone: (949) 720-1288
Facsimile: (949) 720-1292
beachlawyer51@hotmail.com

*Attorneys for Plaintiffs*

Respectfully submitted,

*/s/ Mark S. Cheffo*
Mark S. Cheffo
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
MarkCheffo@quinnemanuel.com

*Attorneys for Defendants Pfizer Inc., including its former division J.B. Roerig & Co., Pfizer International LLC, Greenstone LLC and Wyeth Pharmaceuticals Inc.*

*/s/ Habib Nasrullah*
Habib Nasrullah
Kenneth Stalzer
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202
Telephone: (303) 244-1800
Facsimile: (303) 244-1879
nasrullah@wtotrial.com
stalzer@wtotrial.com

and

Pamela M. Ferguson
Lewis Brisbois Bisgaard & Smith LLP
One Sansome St Suite 1400
San Francisco, CA 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882
Pamela.Ferguson@lewisbrisbois.com

*Attorneys for Defendant McKesson Corporation*

*/s/ Clem C. Trischler*
Clem C. Trischler
Pietragallo Gordon Alfona
   Bosick & Raspanti
301 Grant Street, 38th Floor
Pittsburgh, PA 15219
Telephone: (412) 263-2000
Facsimile: (412) 263-4246
cct@pietragallo.com

*Attorneys for Defendants Mylan Inc. and Mylan Pharmaceuticals Inc.*

*/s/ Carolyn Purwin Ryan*
Carolyn Purwin Ryan
Ernest F. Koschineg
Cipriani & Werner, P.C.
450 Sentry Parkway, Suite 200,
Blue Bell, PA 19422
Telephone: (610) 567-0700
Facsimile: (610) 567-0712
ekoschineg@c-wlaw.com
cpurwin@c-wlaw.com

*Attorneys for Defendants Wolters Kluwer Health, Inc. and Wolters Kluwer United States, Inc.*

**SO ORDERED** this 2nd day of July, 2015.

HON. CYNTHIA M. RUFE

3

## Appendix A

|     | PLAINTIFFS | CASE NO. |
| --- | --- | --- |
| 1.  | *Julie C. Adams and Todd T. Adams, Individually and as Parents and Natural Guardians of Plaintiff N.H.A., a Minor v. Pfizer Inc., et al.* | 2:13-cv-07179-CMR |
| 2.  | *Dedra A. Aleshire and Mitchell L. Aleshire, Individually and as Personal Representative(s) of the Estate of Emily Jane Aleshire v. Pfizer Inc., et al.* | 2:13-cv-02734-CMR |
| 3.  | *Heather Bellemore and Timothy Bellemore, Individually and as Parents and Natural Guardians of Plaintiff A.M.B., a Minor v. Pfizer Inc., et al.* | 2:14-cv-01427-CMR |
| 4.  | *Krista M. Beverly and Joshua P. Beverly, Individually and as Parents and Natural Guardians of Plaintiff A.R.B., a Minor v. Pfizer Inc., et al.* | 2:12-cv-05118-CMR |
| 5.  | *Halley Bonfanti, Individually and as Parents and Natural Guardians of Plaintiff S.R.B., a Minor v. Pfizer Inc., et al.* | 2:12-cv-5121-CMR |
| 6.  | *Patricia M. Bozzi-Bader and Robert H. Bader, Individually and as Parents and Natural Guardians of Plaintiff D.T.B., a Minor v. Pfizer Inc., et al.* | 2:12-cv-05123-CMR |
| 7.  | *Kerry Brewer, Individually and as Parent and Natural Guardian of Plaintiff A.R.B., a Minor v. Pfizer Inc., et al.* | 2:12-cv-05121-CMR (handwritten "05121") |
| 8.  | *Melissa Brown, Individually and as Parent and Natural Guardian of Plaintiff C.T.B., a Minor v. Pfizer Inc., et al.* | 2:13-cv-02735-CMR |
| 9.  | *Emily H. Bryars and Paul Bryars, Individually and as Parents and Natural Guardians of Plaintiff L.A.K.B., a Minor v. Pfizer Inc., et al.* | 2:12-cv-05118-CMR |
| 10. | *Jodi L. Patterson and Jeremiah M. Bucholz, Individually and as Parents and Natural Guardians of Plaintiff A.L.B., a Minor v. Pfizer Inc., et al.* | 2:12-cv-5119-CMR |
| 11. | *Jillian Wood, Individually and as Parent and Natural Guardian of Plaintiff R.A.B., a Minor v. Pfizer Inc., et al.* | 2:13-cv-02729-CMR |
| 12. | *Sonya D. Cameron and Ronald J. Weaver, Individually and as Parents and Natural Guardians of Plaintiff J.R.C., a Minor v. Pfizer Inc., et al.* | 2:12-cv-5123-CMR |
| 13. | *Freda D. Campbell, Individually and as Parent and Natural Guardian of Plaintiff Z.T.C., a Minor v. Pfizer Inc., et al.* | 2:13-cv-04107-CMR |
| 14. | *Carol Clarizio and Paul Clarizio, Individually and as Parents and Natural Guardians of Plaintiff S.M.C., a Minor v. Pfizer Inc., et al.* | 2:13-cv-04106-CMR |

|     | PLAINTIFFS | CASE NO. |
| --- | --- | --- |
| 15. | Julie B. Hawk and Donald J. Conn, III, Individually and as Parents and Natural Guardians of Plaintiff S.D.L.C., a Minor v. Pfizer Inc., et al. | 2:12-cv-05123-CMR |
| 16. | E.C., a minor, by Alana Crisp, Guardian, and Alana Crisp, Individually v. Wolters Kluwer Health, Inc.,et al. | 2:12-cv-02756-CMR |
| 17. | Jennifer M. Crow and Bruce A. Crow, Individually and as Parents and Natural Guardians of Plaintiff J.A.C., a Minor v. Pfizer Inc., et al. | 2:12-cv-05123-CMR |
| 18. | Stephanie M. Davis, Individually and as Parent and Natural Guardian of Plaintiff A.H.D., a Minor v. Pfizer Inc., et al. | 2:12-cv-5119-CMR |
| 19. | Melanie C. De Le Ree, Individually and as Parent and Natural Guardian of Plaintiff A.J.D., a Minor v. Pfizer Inc., et al. | 2:12-cv-05121-CMR |
| 20. | Michelle M. Diaz, Individually and as Parent and Natural Guardian of Plaintiff A.E.D., a Minor v. Pfizer Inc., et al. | 2:13-cv-07170-CMR |
| 21. | Tammy L. Gregory, Individually and as Mother and Natural Guardian of Plaintiff T.L.G., a Minor v. Pfizer Inc., et al. | 2:12-cv-02436-CMR |
| 22. | Vicki Grube and Shane Grube, Individually and as Parents and Natural Guardians of Plaintiff K.S.G., a Minor v. Pfizer Inc., et al. | 2:12-cv-05122-CMR |
| 23. | Jamie Holley, Individually and as Parent and Natural Guardian of Plaintiff J.D.H., a Minor v. Pfizer Inc., et al. | 2:13-cv-2738-CMR |
| 24. | Stacia M. Jarzobski and Edward J. Jarzobski, Individually and as Parents and Natural Guardians of Plaintiff K.A.J., a Minor v. Pfizer Inc., et al. | 2:12-cv-05122-CMR |
| 25. | J.J. a minor, by Amie Juarez, his guardian ad litem, and Amie and Jason Juarez, Individually v. Pfizer Inc., et al. | 2:13-cv-05124-CMR |
| 26. | Linda Juarez, Individually and as Parent and Natural Guardian of Plaintiff N.E.J., a Minor v. Pfizer Inc., et al. | 2:15-cv-00388-CMR |
| 27. | Sarah C. Khampeth, Individually and as Personal Representative of the Estate of Abigail S. Khampeth v. Pfizer Inc., et al. | 2:14-cv-03364-CMR |
| 28. | Kristina I. Leff and Seth Leff, Individually and as Parents and Natural Guardians of Plaintiff H.S.L., a Minor v. Pfizer Inc., et al. | 2:12-cv-05118-CMR |
| 29. | Jerrie R. Putman, Individually and as Parent and Natural Guardian of Plaintiff A.D.P., a Minor v. Pfizer Inc., et al. | 2:12-cv-05118-CMR |

5

| | PLAINTIFFS | CASE NO. |
|---|---|---|
| 30. | Janet and Paul Nelson, Individually and as Parents and Natural Guardians of Plaintiff E.S.N., a Minor v. Pfizer Inc., et al. | 2:13-cv-02721-CMR |
| 31. | Jennisa Retzer, Individually and as Parent and Natural Guardian of Plaintiff A.J.R., a Minor v. Pfizer Inc., et al. | 2:12-cv-05118-CMR |
| 32. | Candice Rodriguez, Individually and as Parent and Natural Guardian of Plaintiff R.R., a Minor v. Pfizer Inc., et al. | 2:15-cv-00389-CMR |
| 33. | G.A.R., a child under the age of 18 years, by Margaret L. Romac, his mother and Guardian ad Litem, and Gary J. Romac, individually v. Pfizer Inc., et al. | 2:13-cv-04913-CMR |
| 34. | Anetta Sidawi, Individually and as Parent and Natural Guardian of Plaintiff M.J.S., a Minor v. Pfizer Inc., et al. | 2:13-cv-00723-CMR |
| 35. | Heidi Sizemore, Individually and as Parent and Natural Guardian of Plaintiff J.R.S., a Minor v. Pfizer Inc., et al. | 2:13-cv-02715-CMR |
| 36. | Brooke Stengrund, Individually and as Personal Representative of the Estate of Gavin Stengrund v. Pfizer Inc., et al. | 2:14-cv-02343-CMR |
| 37. | Amy S. Taylor and Timothy B. Taylor, Individually and as Parents and Natural Guardians of Plaintiff A.J.T., a Minor v. Pfizer Inc., et al. | 2:12-cv-05123-CMR |
| 38. | T.C.T., a minor by Shawna Thompson, Guardian, and Ryan Thompson, Individually v. Wolters Kluwer Health, Inc., et al. | 2:12-cv-02749-CMR |
| 39. | Heather Thornburgh, Individually and as Parent and Natural Guardian of Plaintiff M.C.T., a Minor v. Pfizer Inc., et al. | 2:13-cv-02731-CMR |
| 40. | Nicole Varkett, Individually and as Parent and Natural Guardian of Plaintiff B.D.V., a Minor v. Pfizer Inc., et al. | 2:13-cv-02726-CMR |
| 41. | Amber Vaughn, Individually and as Parent and Natural Guardian of Plaintiff H.L.V., a Minor v. Pfizer Inc., et al. | 2:13-cv-02712-CMR |
| 42. | Emily A. Wearda, Individually and as Parent and Natural Guardian of Plaintiff J.R.W., a Minor v. Pfizer Inc., et al. | 2:15-cv-00390-CMR |
| 43. | Sabrina R. Webb, Individually and as Parent and Natural Guardian of Plaintiff K.R.W., a Minor v. Pfizer Inc., et al. | 2:12-cv-5123-CMR |
| 44. | Autumn Welch, Individually and as Parent and Natural Guardian of Plaintiff C.L.W., a Minor v. Pfizer Inc., et al. | 2:13-cv-02728-CMR |
| 45. | LaCarla M. Woods and Regnaldo J. Woods, Individually and as Parents and Natural Guardians of Plaintiff M.M.W., a Minor v. Pfizer Inc., et al. | 2:13-cv-07194-CMR |
| 46. | Tracy Young, Individually and as Parent and Natural Guardian of Plaintiff J.T.Y., a Minor v. Pfizer Inc., et al. | 2:12-cv-05123-CMR |